IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| | ) | **Docket No. 1:19CR64** |
| ELLEN MADANS FROST, | ) | |
|       Defendant. | ) | |

NOW COMES Anthony G. Scheer, and hereby gives notice of general appearance in the above-captioned matter. Counsel will represent the Defendant in all District Court proceedings. Should either party subsequently enter notice of appeal, Counsel does not, by this Notice, make an appearance for such appellate proceedings.

This the 16th day of July, 2019

 

s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary, & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has, this day, served a copy of the attached Notice on the parties listed below by ECF Notification system at the email address listed below.

**AUSA Richard Edwards**
United States Attorney's Office – WDNC
233 U.S. Courthouse Bldg.
100 Otis St.
Asheville, NC 28802
Richard.edwards2@usdoj.gov

This the 16th day of July, 2019.

                                                  s/ANTHONY G. SCHEER
                                                          NC Bar # 19257
                                        Attorney for the Defendant
                                  Rawls, Scheer, Clary & Mingo, PLLC
                       1011 East Morehead Street, Suite 300
                               Charlotte, North Carolina 28204
                                          704-376-3200 (office)
                                            704-332-2716 (fax)
                                                tscheer@rscmlaw.com