IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **FIRST APPEARANCE** |
| | ) | Docket No. 1:19CR64 |
| ELLEN MADANS FROST, | ) | |
| Defendant. | ) | |

NOW COMES the defendant, by and through the undersigned counsel, and moves to continue the date set for her first appearance. In support of this Motion, the defendant offers the following:

(1) On July 16, 2019, the defendant was indicted and charged with conspiracy to commit Federal program fraud, substantive counts of Federal program fraud, and substantive counts of mail fraud.

(2) The case has been set for an initial appearance on July 24th.

(3) The undersigned counsel made a general appearance on behalf of the defendant on July 16th.

(4) Counsel has long-standing plans to be out of the State next week and until July 31st. On March 6, 2019, counsel filed notice of those plans in the other Federal cases he is handling.

(5) The Government does not object to the initial appearance in this matter being set for a date on or after August 1st.

WHEREFORE, the defendant moves the court to continue the initial appearance in this matter to a date on or after August 1st.

This the 17th day of July, 2019

_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary, & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

      The undersigned attorney hereby certifies that he has, this day, served a copy of the attached Motion on the parties listed below by ECF Notification system at the email address listed below.

**AUSA Richard Edwards**
United States Attorney's Office – WDNC
233 U.S. Courthouse Bldg.
100 Otis St.
Asheville, NC 28802
Richard.edwards2@usdoj.gov

This the 17th day of July, 2019.

_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com