IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:19CR64

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| ELLEN MADANS FROST ) | |

NOW COMES the undersigned attorney for the United States, admitted to practice in this Court, and acting by and through R. Andrew Murray, United States Attorney, and hereby enters an appearance in this case.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/ Benjamin Bain-Creed
Assistant United States Attorney
Florida Bar # 0021436
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629

1