UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19CR064 |
| | ) | |
| vs. | ) | |
| | ) | |
| ELLEN MADANS FROST | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who submits this motion to continue the calendar call in this case, currently set for October 7, 2019, and the status hearing, currently set for September 30, 2019. The undersigned has been authorized by the attorney for the defendant to inform the Court that this is a joint motion to continue.

In support of this motion, the parties inform the Court that this matter involves a large quantity of electronic records and that discovery is still ongoing. Specifically, on July 31, 2019, the Court filed the scheduling order and its standard discovery order. On or about August 6, 2019, the Government delivered to the defense approximately 15 CDs containing more than 59,500 Bates-numbered pages. On August 22, 2019, the Government produced a CD with an additional 176 pages and another CD containing a copy of a broadcast radio interview of the defendant and

1

another commissioner. Then, on September 11 and 12, 2019, the Government produced 5 CDs containing more than 4,000 Bates-numbered pages.

In addition, on Friday, September 13, 2019, the Buncombe County Government made available to the United States an additional cache of approximately 80,000 emails from the defendant's email account with the County for her tenure as a Commissioner from 2013 through 2018. The Government is currently making electronic copies of all of those files and will be producing those to the defense next week.

Given the quantity of the discovery, and the fact that a large quantity of potentially relevant information has just recently come into the possession of the Government and is about to be produced to the defendant, the parties respectfully submit that the ends of justice served by continuing the trial in order for the parties to review and process the records outweighs the public interest in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In particular, the parties submit that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

WHEREFORE, the parties respectfully move to continue the October 7, 2019, calendar call as well as the September 30, 2019, status conference.

Respectfully submitted, this 20th day of September, 2019.

>R. ANDREW MURRAY
>UNITED STATES ATTORNEY
>
>/s/ Richard Lee Edwards
>
>RICHARD LEE EDWARDS
>ASSISTANT U. S. ATTORNEY
>N.C. Bar Number 30205
>100 Otis Street
>Asheville, NC 28801
>Telephone: (828) 271-4661
>Fax: (828) 271-4670
>E-mail: Richard.Edwards2@usdoj.gov