UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:19CR64 |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| ELLEN MADANS FROST | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through R. Andrew Murray United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 22nd day of October, 2019.

        R. ANDREW MURRAY
        United States Attorney

        s/ Don D. Gast
        Assistant United States Attorney
        NC Bar No. 23801
        100 Otis Street
        Asheville, NC 28801
        Telephone: 828-271-4661
        Fax: 828-271-4670
        E-mail: don.gast@usdoj.gov