IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **MOTION TO FILE UNDER SEAL** |
| | ) | |
| ELLEN MADANS FROST, | ) | Docket No. 1:19CR64 |
| Defendant. | ) | |

NOW COMES counsel for the defendant, and moves for leave to file the Supplement to Defendant's Motion to Continue under seal. The Supplement was provided to the court this day through Cyberclerk. In support of this motion, the defendant asks the court to read the Supplement, and asserts that its contents contain material which by their nature, and under certain privacy laws, and should be sealed.

Respectfully submitted, this the 24th day of February, 2020.

s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary, & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com

# CERTIFICATE OF SERVICE

 The undersigned attorney hereby certifies that he has, this day, served a copy of the attached Motion on the parties listed below by ECF Notification system at the email address listed below.

**AUSA Richard Edwards**
United States Attorney's Office – WDNC
233 U.S. Courthouse Bldg.
100 Otis St.
Asheville, NC 28802
Richard.edwards2@usdoj.gov

**AUSA Don Gast**
United States Attorney's Office – WDNC
233 U.S. Courthouse Bldg.
100 Otis St.
Asheville, NC 28802
Don.Gast@usdoj.gov

This the 24th of February, 2020.

_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com